# EEOC RECEIVED: 9/24/2025

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy ct Statement on reverse before completing this form.

| ENTER CHARGE NUMBER |
|---|
| ☐ IDHR |
| ☒ EEOC 440-2025-12312 |

EEOC

*(State or local Agency, if any)*

| NAME *(Indicated Mr., Ms., or Mrs.)* | HOME TELEPHONE NO. *(Include Area Code)* |
|---|---|
| Mrs. Karen Walker | (708) 806-2466 |
| | Email: connectiontokpw@gmail |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 7704 | Rockford, IL 61126 | Winnebago |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| Rockford University | 100 or more | (815) 226-4000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 5050 East State Street | Rockford, IL 61108 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☒ GENDER/SEXUAL ORIENTATION ☐ RELIGION | *(Month, day, year)* Continuing |
| ☐ NATIONAL ORIGIN ☐ AGE ☐ RETALIATION ☐ OTHER *(Specify)* Disability | |

THE PARTICULARS ARE *(If additional space is needed, attached extra sheet(s)).*

Karen Walker, Complainant, holds the position of Dean of Student Support Programming. She has been employed by Rockford University since August 2013. She has been subject to a hostile work environment, race discrimination and gender discrimination. Mrs. Walker is African American. She has been subjected to discriminatory and hostile remarks. She has had her privacy rights violated during working hours. Rockford University failed in a discriminatory and hostile manner to investigate and communicate regarding the invasion and violation of Mrs. Walker's privacy rights. She has also been subjected to discrimination regarding compensation.

| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY *(When necessary to meet State and Local Requirements)* |
|---|---|
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* 09/24/2025 |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| RODNEY A PRITCHETT Official Seal Notary Public - State of Illinois My Commission Expires Oct 31, 2025 | *Karen P. Walker*   9/24/25 |
| Notary Stamp | Date |

**EXHIBIT A**