U.S. GPO 1985 0 482 051

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy ct Statement on reverse before completing this form | ☒ IDHR<br>☐ EEOC<br>X |

## ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC
*(State or local Agency, if any)*

| NAME *(Indicated Mr., Ms., or Mrs.)*<br>Mrs. Karen Walker | HOME TELEPHONE NO. *(Include Area Code)*<br>(708) 606-2466 |
|---|---|
| | Email:<br>connectionlokpw@gmail.com |

| STREET ADDRESS<br>PO Box 7704 | CITY, STATE AND ZIP CODE<br>Rockford, IL 61126 | COUNTY<br>Winnebago |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>Rockford University | NO. OF EMPLOYEES/MEMBERS<br>100 or More | TELEPHONE NUMBER *(Include Area Code)*<br>(815)266-4000 |
|---|---|---|
| STREET ADDRESS<br>5050 East State Street | CITY, STATE AND ZIP CODE<br>Rockford, IL 61108 | |
| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*<br>☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ AGE X RETALIATION ☐ OTHER *(Specify)* Disability | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE<br>*(Month, day, year)* Ongoing |
|---|---|

THE PARTICULARS ARE *(If additional space is needed, attached extra sheet(s)):*

I was hired by Respondent in August 2013. My current position is Dean of Student Support Programming at Respondent. On September 24, 2025, I filed a Charge of Discrimination with the EEOC (#440-2025-12312) based upon race and gender discrimination, and a hostile work environment.

Subsequent to engaging in protected activity, I have been retaliated against for complaining about discriminatory conduct and hostile work environment created by Respondent.

Respondent has required me to attend meetings on several occasions with my supervisor, Provost Davies, along with a Human Resources representative of Respondent. The aforementioned requirement led me to fear for my future employment at Respondent and retaliation, especially as I previously had to take an FMLA leave as a result of the Respondent's discriminatory conduct and creation of a hostile work environment as described in EEOC Charge #440-2025-12312.

I have suffered injury to my career and extreme emotional distress as a result of Respondent's discriminatory treatment of me.

Official Seal
RODNEY ALLEN PRITCHETT
Notary Public, State of Illinois
Commission No. 1015648
My Commission Expires August 19, 2029

| ☐ I also want this charge filed with the EEOC.<br>I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(Day, month, and year)* 01/05/2026 |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT *Karen Walker* | Date<br>1-5-2026 |