**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/26/2026

**To:** Karen Walker
P.O Box 7702
Rockford, IL 61126
Charge No: 440-2026-03154

EEOC Representative and email:    EVA BARAN
INVESTIGATOR
EVA.BARAN@EEOC.GOV

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2026-03154.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
02/26/2026
Amrith Kaur Aakre
District Director

Cc:
Thomas Garretson
Robbins Schwartz, Ltd.
190 South LaSalle Suite 2550
Chicago, IL 60603-3410

Patricia Lynott
Rockford University
5050 EAST STATE STREET
Rockford, IL 61108

NA NA
5050 EAST STATE STREET
ROCKFORD, IL 61108

Barry A Gomberg
Barry A. Gomberg & Associates, Ltd.
53 West Jackson Blvd #1350
Chicago, IL 60604

Please retain this Notice for your records.